Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

[Other Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C-07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF ERIN DREW** |
| *Drew v. LG Philips LCD Company Ltd., et al.*, Case No. 3:07-cv-01368-SI | |

PLEASE TAKE NOTICE that Plaintiff Erin Drew, on behalf of herself, by and through the undersigned counsel, hereby voluntarily dismisses her claims against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support of this Notice of Voluntary Dismissal, Plaintiff provides that:

WHEREAS on March 8, 2007, Plaintiff filed a Complaint in the United States District Court for the Northern District of California styled *Erin Drew v. LG Philips LCD Company Ltd., et al.*, No. 3:07-cv-01368-SI;

WHEREAS that case has been transferred and consolidated in this MDL proceeding;

WHEREAS Defendants have not served either an Answer to the Amended Complaint or a

motion for summary judgment;

Plaintiff Erin Drew, in consideration of the foregoing, hereby voluntarily dismisses without prejudice all claims against Defendants in the MDL proceeding and the underlying matter of *Erin Drew v. LG Philips LCD Company Ltd., et al.*, No. 3:07-cv-01368-SI.

Dated: March 24, 2009

By: ___/s/ Qianwei Fu___
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

Jared Stamell
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Telephone: (212) 566-4047
Facsimile: (212) 566-4061

*Counsel for Plaintiff Erin Drew*

IT IS SO ORDERED
Judge Susan Illston

# CERTIFICATE OF SERVICE

**IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**
**Master File No. C07-1827 SI**
**MDL No. 1827**

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF ERIN DREW**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: March 24, 2009

Signed  */s/ Robert L. Newman*
Robert L. Newman

#3216474v1

---
3
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF ERIN DREW